FILED IN CLERKS OFFICE
AUG 3 '23 PM12:11 USDC MA

July +24+2023.

Rey Fulcar #47135-510
Wyatt Detention Facility
950 High Street
Central Falls,
Rhode Island.

I am requesting that all
deflaut warrants be lifted & another
court date be issued for 90 days
or speedy trial be placed in my
docket!

Sincerely,

Rey Fulcar